IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BUILDERS TRUST OF NEW MEXICO,
an unincorporated association,

      Plaintiff,

v.                                                                                   CIV 09-0249 RB/GBW

THE RESOLUTION ASSURANCE GROUP,
INC., an Illinois Corporation, and JOHN
HOCHBAUM, JR., an individual,

      Defendants.

## AMENDED ORDER RESCHEDULING EVIDENTIARY HEARING

This matter is before this Court *sua sponte.* Earlier, this Court issued an Order Rescheduling Evidentiary Hearing. *Doc. 32.* Calendaring issues have forced a rescheduling and change of location for that hearing.

Wherefore, IT IS HEREBY ORDERED that the evidentiary hearing is rescheduled for Wednesday, March 10, 2010, at 4:00 p.m. The hearing will now be held at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico. The particular courtroom location will be posted on the docket and in the courthouse in advance of the hearing. In all other respects, the Order Setting Evidentiary Hearing remains in effect.

_____
UNITED STATES MAGISTRATE JUDGE